# U.S. District Court
# California Northern District (Oakland)
# CIVIL DOCKET FOR CASE #: 4:21–cv–04266–PJH

Kramer v. JPMorgan Chase Bank, N.A. et al                     Date Filed: 06/03/2021
Assigned to: Judge Phyllis J. Hamilton                        Jury Demand: Plaintiff
Demand: $1,200,000                                            Nature of Suit: 370 Other Fraud
Cause: 28:1332 Diversity–Personal Property                    Jurisdiction: Diversity

**Plaintiff**

**Audrey E Kramer**                        represented by   **Audrey E Kramer**
                                                            2364 Redwood Road
                                                            Hercules, CA 94547
                                                            United Sta
                                                            510–708–9100
                                                            Email: audreykramer55@yahoo.com
                                                            PRO SE

V.

**Defendant**

**JPMorgan Chase Bank, N.A.**              represented by   **Aileen Marie Hunter**
                                                            Bryan Cave LLP
                                                            1920 Main Street
                                                            Suite 1000
                                                            Irvine, CA 92614
                                                            949–223–7000
                                                            Email: aileen.hunter@bclplaw.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                           **Kristin Suzanne Webb**
                                                            Bryan Cave Leighton Paisner LLP
                                                            Bryan Cave Leighton Paisner LLP
                                                            1920 Main Street, Ste. 1000
                                                            Irvine
                                                            Irvine, CA 92614
                                                            United Sta
                                                            949–223–7117
                                                            Email: kristin.webb@bclplaw.com
                                                            *ATTORNEY TO BE NOTICED*

**Defendant**

**Kent F. Larsen**                         represented by   **Kendall Alexander Layne**
                                                            Lewis Brisbois Bisgaard & Smith LLP
                                                            333 Bush Street
                                                            Suite 1100
                                                            San Francisco, CA 94104–2872
                                                            415–438–5904
                                                            Fax: 415–434–0882

Email: Kendall.Layne@lewisbrisbois.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Smith Larsen & Wixom**                    represented by   **Kendall Alexander Layne**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/03/2021 | Ï 1 | COMPLAINT with Jury Demand against JPMorgan Chase Bank, N.A., Kent F. Larsen, Smith Larsen & Wixom (Filing fee $ 402.00. Receipt no. 44611017141). Filed by Audrey Kramer. (Attachments: # 1 List of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibits D–F, # 6 Civil Cover Sheet, # 7 Filing Fee Receipt)(jlmS, COURT STAFF) (Filed on 6/3/2021) (Entered: 06/04/2021) |
| 06/03/2021 | Ï 2 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 9/9/2021. Initial Case Management Conference set for 9/16/2021 02:00 PM. (Attachments: # 1 Standing Order for All Judges)(jlmS, COURT STAFF) (Filed on 6/3/2021)** <br><br> **Any non–CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 06/04/2021)** |
| 06/03/2021 | Ï 3 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Audrey Kramer.. (jlmS, COURT STAFF) (Filed on 6/3/2021) (Entered: 06/04/2021) |
| 06/04/2021 | Ï 4 | Summons Issued as to JPMorgan Chase Bank, N.A., Kent F. Larsen, Smith Larsen & Wixom. (jlmS, COURT STAFF) (Filed on 6/4/2021) (Entered: 06/04/2021) |
| 07/08/2021 | Ï 5 | MOTION to Dismiss, filed by JPMorgan Chase Bank, N.A.. Motion Hearing set for 8/26/2021 01:30 PM before Judge Phyllis J. Hamilton. Responses due by 7/22/2021. Replies due by 7/29/2021. (Attachments: # 1 Request for Judicial Notice, # 2 Exhibit Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Proposed Order)(Webb, Kristin) (Filed on 7/8/2021) Modified on 7/9/2021 (jlmS, COURT STAFF). (Entered: 07/08/2021) |
| 07/20/2021 | Ï 6 | WAIVER OF SERVICE Returned Executed filed by Audrey E Kramer. Service waived by JPMorgan Chase Bank, N.A. waiver sent on 6/7/2021, answer due 8/6/2021. *Due date was actually 7/6/2021.* (Kramer, Audrey) (Filed on 7/20/2021) (Entered: 07/20/2021) |
| 07/20/2021 | Ï 7 | OPPOSITION/RESPONSE (re 5 MOTION to Dismiss ) filed byAudrey E Kramer. (Attachments: # 1 Exhibit)(Kramer, Audrey) (Filed on 7/20/2021) (Entered: 07/20/2021) |
| 07/27/2021 | Ï 8 | NOTICE of Appearance of Aileen Marie Hunter as Counsel, filed by JPMorgan Chase Bank, N.A. (Hunter, Aileen) (Filed on 7/27/2021) Modified on 7/28/2021 (jlmS, COURT STAFF). (Entered: 07/27/2021) |
| 07/29/2021 | Ï 9 | REPLY (re 5 MOTION to Dismiss ) filed byJPMorgan Chase Bank, N.A.. (Webb, Kristin) (Filed on 7/29/2021) (Entered: 07/29/2021) |
| 07/29/2021 | Ï 10 | SUMMONS Returned Executed by Audrey E Kramer. Smith Larsen & Wixom served on 7/19/2021, answer due 8/9/2021. *PROOF OF EXECUTED SUMMONS WAS RECEIVED ON 07/29/2021 FROM PROCESS SERVER VIA EMAIL.* (Kramer, Audrey) (Filed on 7/29/2021) (Entered: 07/29/2021) |

| | | |
|---|---|---|
| 08/06/2021 | 11 | CLERK'S NOTICE VACATING MOTION HEARING. You are hereby notified that the hearing re 5 Motion to Dismiss is VACATED. The motion will be decided on the papers. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (kcS, COURT STAFF) (Filed on 8/6/2021) (Entered: 08/06/2021) |
| 08/10/2021 | 12 | MOTION to Transfer Case to the District of Nevada, or Dismiss for Improper Venue, Lack of Personal Jurisdiction, or Failure to State a Claim Upon Which Relief Could be Granted filed by Kent F. Larsen, Smith Larsen & Wixom. Motion Hearing set for 10/7/2021 01:30 PM in Oakland, Courtroom 3, 3rd Floor before Judge Phyllis J. Hamilton. Responses due by 8/24/2021. Replies due by 8/31/2021. (Attachments: # 1 Notice of Appearance by Kendal A. Layne, # 2 Declaration of Kent F. Larsen, # 3 Notice Pendency of Other Action or Proceeding, # 4 Certificate/Proof of Service)(Layne, Kendall) (Filed on 8/10/2021) Modified on 8/11/2021 (jlmS, COURT STAFF). (Entered: 08/10/2021) |
| 08/10/2021 | 13 | Proposed Order re 12 Motion to Transfer by Kent F. Larsen, Smith Larsen & Wixom. (Layne, Kendall) (Filed on 8/10/2021) Modified on 8/11/2021 (jlmS, COURT STAFF). (Entered: 08/10/2021) |
| 08/10/2021 | 14 | ***ERRONEOUS ENTRY, PLEASE REFER TO DOCUMENT NO. 15 ***<br><br>Certificate of Interested Entities by JPMorgan Chase Bank, N.A. (Webb, Kristin) (Filed on 8/10/2021) Modified on 8/12/2021 (jlmS, COURT STAFF). (Entered: 08/10/2021) |
| 08/11/2021 | | Electronic filing error. Filer did not add all interested parties when prompted, i.e. JPMorgan Chase & Co.. Re−file this document in its entirety and when prompted, enter all affi liates or corporate parents re 14 Certificate of Interested Entities filed by JPMorgan Chase Bank, N.A. (jlmS, COURT STAFF) (Filed on 8/11/2021) (Entered: 08/11/2021) |
| 08/11/2021 | 15 | Certificate of Interested Entities by JPMorgan Chase Bank, N.A. identifying Corporate Parent JPMorgan Chase & Co. for JPMorgan Chase Bank, N.A.. (Webb, Kristin) (Filed on 8/11/2021) (Entered: 08/11/2021) |
| 08/24/2021 | 16 | OPPOSITION/RESPONSE (re 12 MOTION to Transfer Case to the District of Nevada, or Dismiss for Improper Venue, Lack of Personal Jurisdiction, or Failure to State a Claim Upon Which Relief Could be Granted ) filed byAudrey E Kramer. (Attachments: # 1 PLAINTIFF'S EXHIBITS A−E, # 2 PLAINTIFF'S EXHIBIT F, # 3 PLAINTIFF'S EXHIBITS G−J)(Kramer, Audrey) (Filed on 8/24/2021) Modified on 8/25/2021 (bnsS, COURT STAFF). (Entered: 08/24/2021) |
| 08/25/2021 | 17 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Layne, Kendall) (Filed on 8/25/2021) (Entered: 08/25/2021) |
| 08/25/2021 | 18 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Kramer, Audrey) (Filed on 8/25/2021) (Entered: 08/25/2021) |
| 08/26/2021 | 19 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Webb, Kristin) (Filed on 8/26/2021) (Entered: 08/26/2021) |
| 08/26/2021 | 20 | **ORDER GRANTING IN PART AND DENYING IN PART 5 MOTION TO DISMISS AND 12 MOTION TO TRANSFER OR, ALTERNATIVELY, DISMISS by Judge Phyllis J. Hamilton. (pjhlc2S, COURT STAFF) (Filed on 8/26/2021) (Entered: 08/26/2021)** |