AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

AUDREY E. KRAMER,

                Plaintiff,

v.

JPMORGAN CHASE BANK, N.A, et. al.,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:21-cv-01585-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment in favor of Defendant and against Plaintiff.

10/2/2023
Date

DEBRA K. KEMPI
Clerk

/s/ C. Harrington
Deputy Clerk