UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| AUDREY E. KRAMER,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JPMORGAN CHASE BANK, N.A.; et al.,<br><br>        Defendants - Appellees. | No. 22-16690<br><br>D.C. No. 2:21-cv-01585-RFB-BNW<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

      The judgment of this Court, entered February 27, 2024, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              FOR THE COURT:

                                              MOLLY C. DWYER
                                              CLERK OF COURT